```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

**Howard Dananberg, D.P.M.**

    v.

                                      Case No. 00-cv-34-PB

**Payless Shoesource, Inc.**

**NOTICE OF RULING**

    Re:  Document No. 128, Dananberg's Emergency Motion for Clarification of Discovery Deadlines

Ruling: Motion granted. The parties shall negotiate new deadlines for the completion of fact discovery, the filing of summary judgment motions and the disclosure of experts. The existing trial date shall not be continued. The parties shall file a proposed plan for the completion of discovery on or before July 8, 2005.

    Entered by:  Paul Barbadoro, District Judge

    Date:  June 28, 2005


cc:  W. Wright Danenbarger, Esq.
     James P. Bassett, Esq.
     Robert Hillman, Esq.
     William Rudy, Esq.