```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>Dananberg</u>

    v.                    Case No. 00-cv-34-PB

<u>Payless Shoesource</u>

<u>      </u>

<u>ORDER</u>

    Re: Document No. 156, Partially Assented to Motion to Continue the Trial

    Ruling: Granted.  It is unlikely that the case would be reached in March or April because I have a 6 week criminal trial that begins in March.  The case shall be moved to the May trial period.  It shall be given priority over all other cases and it shall not be continued again for any reason.

                                           <u>/s/ Paul Barbadoro</u>
                                           Paul Barbadoro
                                           U.S. District Judge

Date:  January 26, 2006

cc:  Counsel of Record